Prob 12B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:**            Heather Beatrice RICHARDSON

**Docket Number:**            2:03CR00316-03

**Offender Address:**         Stockton, California

**Judicial Officer:**         Honorable Lawrence K. Karlton
                              Senior United States Distict Judge
                              Sacramento, California

**Original Sentence Date:**   03/23/2004

**Original Offense:**         18 USC 1708 - Possession of Stolen Mail
                              (CLASS D FELONY)

**Original Sentence:**        36 months probation;  $100 special assessment

**Special Conditions:**       Warrantless search and seizure;  Financial disclosure;
                              Credit restrictions;  Drug/alcohol treatment, testing and
                              co-payment;  Non-association with co-defendants;  Not
                              possess mail, identification or other documents in any
                              other name

**Type of Supervision:**      Supervised Release

**Supervision Commenced:**    07/19/2005

**Assistant U.S. Attorney:**  Patrick K. Hanly      **Telephone:** (916) 554-2700

**Defense Attorney:**         Candace Fry           **Telephone:** (916) 446-9322

**Other Court Action:**

**03/15/2005**:               Probation revoked.  Offender sentenced to 6 months
                              custody of the Bureau of Prisons, and a 36 month term
                              of supervised release.  The same special conditions

Rev. 04/2005
PROB12B.MRG

RE:    **Heather Beatrice RICHARDSON**
       **Docket Number:  2:03CR00316-03**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

ordered on March 23, 2004, were ordered, along with a 180 day community corrections center requirement. Probation was revoked for illicit drug use and failure to participate in a drug aftercare program.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1)    The Court vacates the special condition requiring the releasee to reside in a community corrections center for a period of 180 days.

2)    The Court orders the releasee to comply with the conditions of home detention for a period of up to 180 days, to commence when directed by the probation officer.  During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the probation officer.  The releasee will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.  At the discretion of the probation officer, the releasee shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by her probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:** Ms. Richardson completed her federal custodial sentence on July 19, 2005, but she was released to two detainers filed in state court.  She was ultimately released from state custody the end of August 2005.  Since the state detainers were in place, she did not transition directly from prison to the community corrections center, as is usually the case.  She reported for supervision upon release from state custody, and she has been very compliant on supervised release.

Rev. 04/2005
PROB12B.MRG

**RE:    Heather Beatrice RICHARDSON**
        **Docket Number:  2:03CR00316-03**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The initial supervision plan was for Ms. Richardson to enter a community corrections center a few weeks after she reported for supervision.  Before referring her to a program, it became apparent she may not be in need of a placement of this nature and it may actually stand in the way of achieving goals she has set.  The probation officer spoke to the releasee's former probation officer and determined two of the main reasons a community corrections center special condition was recommended was due to the instability of Ms. Richardson's employment and living situations at the time of revocation of probation.

Shortly after supervision started, the releasee was able to get a job working at a restaurant in Stockton, California.  Unfortunately, she was laid-off a few weeks later, as the restaurant where she worked was not doing well financially and was in danger of closing. Ms. Richardson is currently participating in a Job Seekers Program.  She has established a stable living arrangement residing in the home of her mother and stepfather.  She has enrolled in Delta College in Stockton, California, and begins attending classes in January 2006.  She hopes to eventually become a substance abuse counselor.  Of most significance, Ms. Richardson is a serious drug addict who has maintained sobriety from illicit drug use, has done very well and benefitted from participating in substance abuse counseling.

For the reasons noted above, the probation officer respectfully recommends a reasonable alternative to the previously ordered 180-day community corrections center special condition.  It is believed an up to 180-day home detention special condition would be an adequate substitute for the community corrections center requirement.  This would allow Ms. Richardson to remain in the community and continue to make positive strides in her rehabilitation efforts.  Since Ms. Richardson seeks this modification and it can be viewed as favorable to her, a Waiver of Hearing to Modify Conditions of Supervised Release form is not attached.

Rev. 04/2005
PROB12B.MRG

RE:   **Heather Beatrice RICHARDSON**
      **Docket Number:  2:03CR00316-03**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                       Respectfully submitted,

                       /s/ Richard W. Elkins

                    **RICHARD W. ELKINS**
                **United States Probation Officer**
                  Telephone:  (916) 683-3324


**DATED:**      December 12, 2005
               Elk Grove, California
               RWE:kms



**REVIEWED BY:**      /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**



_____

**THE COURT ORDERS:**

( ✔ )  Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

December 12, 2005                          /s/ Lawrence K. Karlton
_____            _____
**Date**                                  **Signature of Judicial Officer**

cc:   United States Probation
      Patrick J. Hanly, Assistant United States Attorney
      Candace A. Fry, Defense Counsel
      Defendant
      Court File

Attachment:    Presentence Report

Rev. 04/2005
PROB12B.MRG